**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| PAUL N. LADROSKY, | : | No. 435 WAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KEITH KALBAUGH AND CHRISTINA A. | : | |
| KALBAUGH, HIS WIFE, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.